ELIZABETH G. CUNNINGHAM, Respondent, *v.* PRESSED
STEEL CAR COMPANY, Appellant.

(Submitted January 8, 1934; decided January 23, 1934.)

*Albert Stickney* and *Frank H. Heiss* for appellant.

*Eugene Untermyer* and *Abraham Shamos* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.